## THE EUGENIA.

## LIVANOS v. BISBEE LINSEED CO.

District Court, S. D. New York.
Aug. 11, 1931.

Kirlin, Campbell, Hickox, Keating & McGrann; Chas. R. Hickox, and C. C. Rinehart, all of New York City, for libelant.

Single & Single and Horace T. Atkins, all of New York City, for respondent.

PATTERSON, District Judge.

I agree with the findings and conclusions set forth in the report of the special master. A final decree confirming the report and allowing the special master for compensation and disbursements the sums agreed upon may be submitted.